# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| **EDITH HUDSON,**<br>        Plaintiff,<br><br>vs.<br><br>**SMITH DEBNAM NARRON DRAKE SAINTSING & MYERS, LLP; and DOES 1 through 10, inclusive,**<br>        Defendants. | Civil Action No.:<br>**3:13-cv-01603-CMC** |

## VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff EDITH HUDSON (hereinafter "Plaintiff"), by and through her attorney, Chauntel Bland, hereby voluntarily dismisses the above-entitled case with prejudice.

DATED: September 4, 2013

RESPECTFULLY SUBMITTED,

By: /s/ Chauntel Bland
Chauntel Bland, Esq.
463 Regency Park Drive
Columbia SC 29210
Phone: (803) 319-6262
Fax: (866) 322-6815
chauntel.bland@yahoo.com
*Attorney for Plaintiff,*
*Edith Hudson*

1